# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

JASON FUNK,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1991

————————————————

April 22, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Elizabeth G. Rice, Judge.

Jason Funk, pro se.

PER CURIAM.

Affirmed.

KELLY, MORRIS, and GUARD, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.